**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**ATHENS DIVISION**

| | |
|---|---|
| **MICHAEL McDANIEL,**<br><br>***Plaintiff,***<br><br>**v.**<br><br>**EQUIFAX INFORMATION SERVICES,**<br><br>***Defendant.*** | **CIVIL ACTION NO.**<br>**3:26-cv-00068-TES** |

**ORDER DISMISSING CASE FOR FAILURE TO PROSECUTE**

On October 14, 2026, the undersigned sent the attached email[1] to Plaintiff Michael McDaniel's counsel with the following message:

> Ms. Paxton:
>
> On August 3, you docketed a notice of settlement indicating the case was settled and would be dismissed within 60 days. That period has expired. On October 6, the Clerk's [O]ffice sent you an email asking for an update. To date, we haven[']t received any response.
> Please provide me an immediate update on the status of the case[.] If it is ready to be dismissed, then it should be done ASAP. Please provide a timely response.

Having received no response (or dismissal) from Ms. Paxton, the Court, on October 27, 2026, scheduled a status conference for November 5, 2026, regarding the notice of settlement. [Doc. 3]; Notice of Hearing, *McDaniel v. Equifax Info. Sys.*, No. 3:26-

[1] Email from Judge Tilman E. Self, III, to Misty Paxton (Oct. 14, 2026, 10:16 EST) (on file with author).

cv-00068-TES (M.D. Ga. Oct. 27, 2026). On November 5, 2026, the Court called the case, and neither party was present.[2] "A party's failure to appear for proceedings . . . is sufficient to justify dismissal" under Federal Rule of Civil Procedure 41(b). *St. John's Shipping Co. v. Vessel known as ANNEMARIE B.*, No. 8:05-513-T-EAJ, 2007 WL 3306947, at *3 (M.D. Fla. Nov. 6, 2007) (citing *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630 (1962)).

Accordingly, under its "inherent power" to sua sponte dismiss a case for lack of prosecution, the Court **DISMISSES** this case **without prejudice** pursuant to Rule 41(b). *Link*, 370 U.S. at 630–31; *see also Brown v. Tallahassee Police Dep't*, 205 F. App'x 802, 802 (11th Cir. 2006) (per curiam) (first citing Fed. R. Civ. P. 41(b); and then citing *Lopez v. Aransas Cnty. Indep. Sch. Dist.*, 570 F.2d 541, 544 (5th Cir. 1978)) ("The court may dismiss an action [sua sponte] under Rule 41(b) for failure to prosecute or failure to obey a court order."). The Court **DIRECTS** the Clerk of Court to **CLOSE** this case.

**SO ORDERED**, this 5th day of November, 2026.

S/ Tilman E. Self, III
**TILMAN E. SELF, III**
**UNITED STATES DISTRICT JUDGE**

[2] The Court notes, however, that settlement occurred prior to service on Equifax Information Services.